MICHAEL COSENTINO, SBN 83253
ATTORNEY AT LAW
P.O. Box 129
Alameda, CA 94501
Telephone: (510) 523-4702
Facsimile: (510) 747-1640

Attorney for Plaintiff,
United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CV11-5815 SLM |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| Anne M. Moltini aka Anne Molteni aka Anne M. Molteni, | |
| Defendant. | |

The above entitled Plaintiff having filed its complaint herein, and the above entitled defendant having consented to the making and entry of this final judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over the parties to the Consent Judgment. The Complaint herein states a claim upon which relief can be granted. The defendant hereby acknowledges and accepts service of the complaint filed herein.

2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties hereby voluntarily waive their rights to proceed before a judge of the United States District Court and consent to have a United States magistrate judge conduct any and all further

Consent Judgment; USDC Case Number _CV 11-5815 SLM; U.S. v. Molteni    Page 1

1 proceedings in the case, including trial, and order the entry of a final judgment. It is
2 understood that any appeal from a judgment entered by a magistrate judge will be taken
3 directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
4 an appeal from any other judgment of a District Court.

5     3. Judgment shall be in favor of Plaintiff, United States of America and against
6 defendant, Anne M. Moltini aka Anne Moltени aka Anne M. Molteni, in the sum of
7 $65,823.39 consisting of $44,353.01 in principal, $21,470.38 in interest to December 13,
8 2011, CIF costs of $0.00, court costs of $0.00 and attorney's fees of $0.00, plus interest
9 at the rate of 8.250% per annum ($10.02 per day) on principal in the amount of
10 $44,353.01 from December 13, 2011, up to the date of entry of the within Consent
11 Judgment, less any sums tendered toward satisfaction of the obligation during said time
12 period.

13     4. This consent judgment shall bear interest pursuant to the provisions of 28
14 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
15 interest will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
16 until paid in full.

17     5. <u>Judgment debtor is currently unable to make payments; at any time the
18 judgment debtor may tender to the United States of America, a check payable to the U.S.
19 Department of Justice mailed to,</u>

20 U. S. Department of Justice
    Nationwide Central Intake Facility
21 P. O. Box 790363
    St. Louis, MO 63179-0363
22

23 <u>until the account is paid in full.</u>

24     (a) Each said payment shall be applied first to the payment of interest accrued to
25 the date of receipt of said payment, and the balance, if any, to the principal;

26     (b) The judgment debtor shall submit financial data to the plaintiff as specified by
27 plaintiff on the anniversary date of this judgment for each year this judgment remains
28 unpaid; and

Consent Judgment; USDC Case Number _CV 11-5815 SLM; U.S. v. Molteni    Page 2

(c) Plaintiff reserves the right to evaluate the updated financial data and adjust the periodic payment rate accordingly, or to demand a lump sum payment if warranted by the judgment debtor's financial circumstances, subject to Court approval.

6. An Abstract of Judgment shall be recorded with the Recorder's Office of the County of residence of the judgment debtor; plaintiff may also record or file similar documents elsewhere.

7. Default under the terms of this consent judgment will entitle the United States of America to execute on this judgment without notice to the judgment debtor.

8. The judgment debtor has the right of prepayment of this debt without penalty, and the interest charged will only be calculated to the date of final payment.

9. In case of default, all costs incurred in recording, filing, executing, or levying on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

Dated: December 13, 2011

By: MICHAEL COSENTINO
Attorney for Plaintiff,
United States of America

I have read the foregoing and I understand and agree to the terms, and I sign this agreement as a free and voluntary act.

Dated: Dec 14, 2011

Anne M. Moltini aka Anne Molteni
aka Anne M. Molteni
Defendant and Judgment Debtor

APPROVED AND SO ORDERED THIS __3rd__ DAY OF __January__, ~~2011~~ 2012,
The Clerk of the Court is DIRECTED to close the file in this action.

Dated: 1/3/2012

UNITED STATES MAGISTRATE JUDGE
Jacqueline Scott Corley